Case 1:12-cv-00452-CKK Document 4 Filed 03/27/12 Page 1 of 7

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Lawrence Rosenberg )
          *Plaintiff* )
v. ) Civil Action No. 12-452 (CKK)
United States Department of Immigration and )
Customs Enforcement, et al. )
          *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Holder
Attorney General for the United States of America
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lawrence Rosenberg, Esq.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: March 27, 2012     /s/ Sherryl Horn
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Lawrence Rosenberg

*Plaintiff*

v.

United States Department of Immigration and Customs Enforcement, et al.

*Defendant*

Civil Action No. 12-452 (CKK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ronald Machen
United States Attorney for the District of Columbia
c/o Civil Process Clerk
555 4th Street, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence Rosenberg, Esq.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

[handwritten: 30]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: March 27, 2012     /s/ Sherryl Horn
                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Lawrence Rosenberg <br><br> *Plaintiff* <br> v. <br> United States Department of Immigration and Customs Enforcement, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 12-452 (CKK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Immigration and Customs Enforcement
500 12th Street, S.W.
Washington, D.C. 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lawrence Rosenberg, Esq.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: March 27, 2012      /s/ Sherryl Horn
                           *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Lawrence Rosenberg )
_____ )
*Plaintiff* )
v. )   Civil Action No.  12-452  (CKK)
United States Department of Immigration and )
Customs Enforcement, et al. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Marshals Service
Attn: Office of Inspection
2604 Jefferson Davis Highway
Alexandria, VA 22301-1025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —30— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lawrence Rosenberg, Esq.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: March 27, 2012          /s/  Sherryl Horn
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Lawrence Rosenberg <br> *Plaintiff* <br> v. <br> United States Department of Immigration and Customs Enforcement, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 12-452 (CKK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Marshals Service
United States Courthouse
Third and Constitution Ave., N.W.
Room 1103
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence Rosenberg, Esq.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: March 27, 2012        /s/ Sherryl Horn
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Lawrence Rosenberg )
_____ )
*Plaintiff* )
v. ) Civil Action No. 12-452 (CKK)
United States Department of Immigration and )
Customs Enforcement, et al. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Executive Office for United States Attorneys
950 Pennsylvania Avenue, N.W.
Room 2242
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —30— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence Rosenberg, Esq.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: March 27, 2012    /s/ Sherryl Horn
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Lawrence Rosenberg | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 12-452 (CKK) |
| United States Department of Immigration and Customs Enforcement, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Federal Bureau of Investigation
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence Rosenberg, Esq.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: March 27, 2012    /s/ Sherryl Horn
*Signature of Clerk or Deputy Clerk*